O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-1096 AHM (DTBx) | Date | September 3, 2010 |
|---|---|---|---|
| Title | DEUTSCHE BANK NATIONAL TRUST COMPANY v. SERGIO G. ROSINSKI, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

By order dated August 13, 2010, the Court ordered Defendant to show cause by not later than August 27, 2010, why the Court should not remand this action for lack of removal jurisdiction. The Court cautioned Defendant that "[f]ailure to respond on or before that date will be construed as consent to remand." Defendant nevertheless failed timely to file a response to the order to show cause.

Good cause appearing therefor, the Court hereby remands this action to the San Bernardino County Superior Court for lack of removal jurisdiction. The clerk is directed to close this file.

                                             :

                           Initials of Preparer      SMO

**JS-6**